UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREENPEACE INTERNATIONAL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CAROL BROWNER, Administrator, )<br>United States Environmental )<br>Protection Agency )<br>)<br>Defendant. )<br>_____) | Civil Action No. 99cv389-LFO<br><br>**FILED**<br><br>JUL 2 1 2000<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal, it is this 21 day of July, 2000, hereby

ORDERED: that Counts I(a) - I(c), II, III, IV, and V in the above-captioned case are dismissed without prejudice; and it is further

ORDERED: that Count I(d) (unreasonable delay) in the above-captioned case is dismissed with prejudice.

*[signature]*
UNITED STATES DISTRICT JUDGE